SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GCR Enterprises, LLC et al,<br><br>　　　　Defendants | Case No. **2:09-cv-03287-GEB-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MARCH 26, 2010 FOR DEFENDANT GCR ENTERPRISES, LLC INDIVIDUALLY AND D/B/A RUBINO'S ITALIAN AMERICAN CUISINE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, GCR Enterprises, LLC Individually and d/b/a Rubino's Italian American Cuisine, by and through, Scott N. Johnson; GCR Enterprises, LLC (PRO SE), stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendant GCR Enterprises, LLC Individually and d/b/a Rubino's Italian American Cuisine is granted an extension until March 26, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant GCR Enterprises, LLC Individually and d/b/a Rubino's Italian American Cuisines' response will be due no later than March 26, 2010.

IT IS SO STIPULATED effective as of February 24, 2010

Dated:   February 24, 2010          By:Christopher J. Rubino
                                    GCR Enterprises, LLC
                                    Individually and d/b/a
                                    Rubino's Italian
                                    American Cuisine
                                    PRO SE


Dated:   February 24, 2010          /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant GCR Enterprises, LLC Individually and d/b/a Rubino's Italian American Cuisine shall have until March 26, 2010 to respond to complaint.

Dated: 2/25/10

GARLAND E. BURRELL, JR.
United States District Judge