SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:09-cv-03287-GEB-EFB** |
| Plaintiff, | **PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| GCR Enterprises, LLC, et al, | |
| Defendants | Status Conference: March 29, 2010 |
| | Time: 9:00 am |
| | Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 29, 2010 to April 26, 2010. Plaintiff filed an extension for Defendants up to and including March 26, 2010 to file an answer. A continuance to April 26, 2010 for the status conference will give the Defendants ample time to answer Plaintiff's complaint.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-03287-GEB-EFB - 1

Dated: March 3, 2010       /s/Scott N. Johnson

                           Scott N. Johnson,

                           Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 26, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

Date: 3/18/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-03287-GEB-EFB - 2