1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  SCOTT N. JOHNSON,                    )
                                        )        2:09-cv-03287-GEB-EFB
10                 Plaintiff,           )
                                        )        ORDER CONTINUING
11            v.                        )        STATUS (PRETRIAL
                                        )        SCHEDULING) CONFERENCE
12 GCR Enterprises, LLC, individually   )
   and d/b/a Rubino's Italian American  )
13 Cuisine; Henry Carrillo,             )
                                        )
14                 Defendants.          )
   ─────────────────────────────────── )

15

16          Plaintiff states in his Status Report ("SR") filed April

17 12, 2010, that "[a] Request for Clerk's Entry of Default has been

18 filed as to both Defendants." (SR 2:13-15.)   Plaintiff also states

19 he "anticipates [filing] a motion in July 2010."  (SR 3:7-8.)

20 Plaintiff shall file a motion for default judgment no later than

21 4:00 p.m. on July 12, 2010, or alternatively, Plaintiff

22 shall show cause in a filing made no later than 4:00 p.m. on July

23 12, 2010, why this action should not be dismissed for failure of

24 prosecution.

25          Therefore, the status conference scheduled for April 26,

26 2010, is rescheduled to commence at 9:00 a.m. on October 18, 2010.

27 A Status Report shall be filed fourteen (14) days prior to the

28

                                       1

status conference in which Plaintiff is only required to explain
the status of the default judgment.

Dated:  April 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge