UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT JOHNSON

                                           **DEFAULT JUDGMENT**

    v.

                                           Case No. CIV S-2:09-3287 GEB EFB

**GCR ENTERPRISES, LLC, et al**

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $8,000.00 against defendant:

       **Henry Carillo**

October 14, 2010

                                                VICTORIA C. MINOR, CLERK

                                                By: _____/s/_____
                                                R. Matson, Deputy Clerk